151 F.3d 945w
 46 ERC 1993, 28 Envtl. L. Rep. 21,471,
98 Cal. Daily Op. Serv. 5694,
98 Daily Journal D.A.R. 7923
 OREGON NATURAL DESERT ASSOCIATION; Rest the West; Portland
Audubon Society; Trout Unlimited; Oregon Wildlife
Federation; Northwest Environmental Defense Center; Oregon
Natural Resources Council; Pacific Rivers Council; Oregon
Natural Resources Coalition, Plaintiffs-Appellees,
and
The Confederated Tribes of the Warm Springs Reservation of
Oregon, Plaintiff-Intervenor-Appellee,
v.
Michael P. DOMBECK, in his official capacity as Chief of the
United States Forest Service, Defendant-Third
Party Defendant-Appellant.
OREGON NATURAL DESERT ASSOCIATION; Rest the West; Portland
Audubon Society; Trout Unlimited; Oregon Wildlife
Federation; Northwest Environmental Defense Center; Oregon
Natural Resources Council; Pacific Rivers Council; Oregon
Natural Resources Coalition, Plaintiffs-Appellees,
and
The Confederated Tribes of the Warm Springs Reservation of
Oregon, Plaintiff-Intervenor-Appellee,
v.
Jack Ward THOMAS, in his official capacity as Chief of the
United States Forest Service, Defendant,
and
Eastern Oregon Public Land Coalition; Robert Burril, Grant
County, a Political subdivision of the State of
Oregon, Defendants-Intervenors/Third
Party Plaintiffs-Appellants.
 Nos. 97-35065, 97-35112.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Feb. 10, 1998.
Decided July 22, 1998.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION